IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAYS INNS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-mc-3523-MEF |
| v. | ) | |
| | ) | |
| KM LODGING, LLC, et al., | ) | (WO-DO NOT PUBLISH) |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Direct Payment of Funds (Doc. # 13), filed May 13, 2011, it is hereby ORDERED that the Motion is GRANTED. The People's Bank and Trust Company is DIRECTED to pay the amount of $24, 252.10 to the Plaintiff Days Inns Worldwide, Inc., to be used to satisfy the judgment of indebtedness.

Done this the 16th day of May, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE